UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,

            Plaintiff,

v.

ELIA M. ORTEZ, et al.,

            Defendants.

Case No. 18-cv-04319-VC (PR)

**ORDER OF DISMISSAL WITH
PREJUDICE**

Plaintiff Steven Wayne Bonilla, a state inmate, has filed a *pro se* civil action under

42 U.S.C. § 1983 against Napa County Superior Court Judges Elia M. Ortez and Francesca P.

Fisher and Court Clerks Y. O'Donnell and Herminia Sequara. Bonilla has been disqualified

from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) unless he is "under imminent

danger of serious physical injury" at the time he filed his complaint. 28 U.S.C. 1915(g); *In re

Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, No. C 13-0951 CW (PR).

The allegations in this complaint do not show that Bonilla was in imminent danger at the

time of filing. Therefore, he may not proceed *in forma pauperis*. Moreover, even if the IFP

application were granted, his lawsuit would be barred under *Heck v. Humphrey*, 512 U.S. 477,

486-87 (1994). Accordingly, the case is dismissed with prejudice.

Furthermore, this is not a case in which the undersigned judge's impartiality might be

reasonably questioned. *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent

legitimate reason to recuse himself or herself, judge has a duty to sit in judgment in all cases

assigned to that judge).

The Clerk shall close the case. The Clerk shall return, without filing, any further documents Bonilla submits after this case is closed.

**IT IS SO ORDERED.**

Dated: August 1, 2018

_____
VINCE CHHABRIA
United States District Judge